APPEAL NO. 1133. WILFRED PLOURDE *v.* ROSE ROSENBERG. Motion for leave to reargue denied. *Edward I. Friedman,* for plaintiff. *Francis V. Reynolds,* for defendant.

## April 14, 1971.

M. P. No. 1348. RAYMOND L. S. PATRIARCA *v.* STATE. Petition for a Writ of Error. Petitioner stands charged in two indictments with being an accessory before the fact of murder. The same issues he wishes determined by this petition have been raised and can be resolved by exceptions to denial by Superior Court of motions to dismiss the indictments. Petition denied and dismissed. *Aram Arabian, Robert Napolitano, Harvey Brower,* for petitioner. *Richard J. Israel.* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

## April 20, 1971.

M. P. No. 1312. LEO DESROCHES *v.* FRANCIS HOWARD, *Warden.* Petition for writ of habeas corpus denied. *Leo Desroches,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1339. STEVEN JARON *v.* FRANCIS HOWARD, *Warden.* Petition for writ of habeas corpus denied. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1361. SALVATORE DIBARTOLO *v.* STATE. Petition for writ of habeas corpus denied. *Salvatore DiBartolo,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.